UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re:<br><br>PETER WAI CHOON TONG & JOANNE LENG SIV LO,<br><br>    Debtors<br><br>PETER WAI CHOON TONG & JOANNE LENG SIV LO,<br><br>    Appellants,<br><br>  vs.<br><br>UNITED STATES TRUSTEE<br><br>    Appellees. | Case No. CV 09-9358-DMG<br><br>ORDER DISMISSING APPEAL FOR LACK OF PROSECUTION<br>JS-6<br><br><br><br><br><br><br><br>Bankruptcy No: 2:09-bk-18962-ER |

    On May 11, 2010 this Court granted appellants an extension of time to June 7, 2010 by which to file their opening brief.  Thereafter, on June 8, 2010, the Court granted appellants' second application for extension of time allowing appellants to file their opening brief no later than August 6, 2010.  To date, appellants have failed to file their opening brief.  Moreover, there has been no activity in this action since this Court's June 8, 2010 order granting the second extension.

//

    Rule 5.5 (8018-5.5) of the Local Rules Governing Bankruptcy Appeals

1

1  provides as follows: "[i]f an appellant fails to file a brief within the time provided
2  by these rules, the district court may dismiss the appeal on its own motion or upon
3  motion of the appellee." Pursuant thereto, this appeal is hereby dismissed for lack
4  of prosecution.

5        IT IS SO ORDERED.

7  DATED: September 1, 2010

                                              DOLLY M. GEE
                                           United States District Judge